JONAS J. MAISEL, Respondent, *v.* HARRY SHANHOLT,
Appellant.

Second Department, December 12, 1919.

Landlord and tenant — provision for renewal of lease — equity —
when suit for specific performance does not lie.

Where a lease in writing gives to the tenant an "option to renew lease
for same term of years" the tenant may renew without a new lease for an
additional term and, hence, cannot maintain a suit in equity for the
specific performance of the renewal agreement.

APPEAL by the defendant, Harry Shanholt, from an order
of the Supreme Court, made at the Kings County Special
Term and entered in the office of the clerk of the county of
Kings on the 30th day of September, 1919, granting plain-
tiff's motion for judgment on the pleadings, consisting of the
complaint and answer, and also from the judgment in favor
of the plaintiff entered thereon in said clerk's office on the
21st day of October, 1919, decreeing specific performance of
an agreement for renewal contained in a lease of real property
in Borough Park.

The lease was made September 21, 1917, for a term from
October 15, 1917, to October 15, 1919, " with option to renew
lease for same term of years." There was inserted a permission
that the tenant could assign " to some other tenant   *   *   *
with consent of owner." In May, 1919, the original lessor
had conveyed the property to this defendant. The learned
court found that though the complaint had redundant matter,
a case for specific performance had been pleaded, and so gave
judgment.

*Morris Spevack*, for the appellant.

*J. L. Weinberg*, for the respondent.

PER CURIAM:

Plaintiff has mistaken his remedy. The option to renew
for another two years, if exercised in time, needed no new
lease for the additional term. (*Orr* v. *Doubleday, Page & Co.*,

223 N. Y. 334.) Hence plaintiff pleaded no case for· specific performance, and the judgment and order must be reversed, with costs, and plaintiff's motion for judgment on the pleadings denied, with ten dollars costs.

˙ JENKS, P. J., RICH, PUTNAM, BLACKMAR and JAYCOX, JJ., concurred.

Judgment and order reversed, with costs, and plaintiff's motion for judgment on the pleadings denied, with ten dollars costs.